People v Pray (2025 NY Slip Op 02935)

People v Pray

2025 NY Slip Op 02935

Decided on May 14, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
BARRY E. WARHIT
DONNA-MARIE E. GOLIA, JJ.

2024-00616
 (Ind. No. 73849/22)

[*1]The People of the State of New York, respondent,
v
Lonnie Pray, appellant.

Laurette D. Mulry, Riverhead, NY (Amanda E. Schaefer of counsel), for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Danielle Sciarretta and Glenn Green of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (Richard I. Horowitz, J.), rendered January 4, 2024, convicting him of criminal possession of a controlled substance in the fifth degree and driving while ability impaired in violation of Vehicle and Traffic Law § 1192(1), upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant contends that his plea of guilty was not voluntary because it was induced by a certain off-the-record promise. Contrary to the People's contention, the defendant's contention is preserved for appellate review (cf. People v Argueta, 233 AD3d 703, 703-704). However, the defendant's contention is without merit. During the plea proceeding, the terms of the plea agreement were placed on the record and the defendant confirmed that no other promises had been made to induce him to plead guilty (see Matter of Benjamin S., 55 NY2d 116, 120; People v Copes, 145 AD3d 1639, 1640; People v Sanchez, 184 AD2d 537, 538).
The defendant's remaining contention is unpreserved for appellate review, and we
decline to review it in the exercise of our interest of justice jurisdiction (see People v Wiggins, 78 AD3d 1208, 1209).
IANNACCI, J.P., WOOTEN, WARHIT and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court